UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GREGORY E. STUCKEY,

    Plaintiff,

v.           405CV216

DANNIE THOMPSON, *et al.*,

    Defendants.

## ORDER

The Court **GRANTS** defendants' continuance motion (doc. # 14) by canceling the 7/12/07 Pretrial Conference and setting this case for jury trial during the Court's September, 2007 trial term. The Deputy Clerk soon will notify all parties of the specific trial date.

This 12th day of July, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA.