IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 29 PM 2: 34

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| **GREGORY E. STUCKEY** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION 405-216** |
| | ) | |
| **LT. ALLEN** | ) | |

## O R D E R

**TO THE PRESIDENT OF THE UNITED STATES,**

**TO ANY DEPUTY UNITED STATES MARSHAL,**

**THE WARDEN, VALDOSTA STATE PRISON**

**GREETINGS:**

 **YOU ARE HEREBY COMMANDED** to have the body of the inmate named below:

 Gregory E. Stuckey GDC # 135080
 Valdosta State Prison

presently under your custody and control, under safe and secure conduct at the **United States**

**Courthouse, 125 Bull Street, Courtroom 1, Savannah, Ga. on Monday, September 10,**

**2007 at 8:45 a. m. for jury selection and trial** in the matter set forth above, after which you

are to return him to the custody from whence he came, under safe and secure conduct, and

have you then and there this Writ.

 **SO ORDERED** this _29_ day of August, 2007.

_B. Avant Edenfield_

_____

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia