UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GREGORY E. STUCKEY,

    Plaintiff,

v.              405CV216

KENNETH ALLEN,

    Defendant.

### FINAL JUDGMENT

On 9/17/07, the Court conducted a jury trial in this excessive-force, 42 U.S.C. § 1983 case brought by inmate-plaintiff Gregory E. Stuckey. Both sides put on their cases, witnesses were called, and the Court instructed the jury, then supplied it with a Special Verdict Form. Following deliberations, the jury returned a verdict in favor of the defendant, Kenneth Allen. The Court therefore *DISMISSES* plaintiff's Complaint *WITH PREJUDICE*, with all costs taxed against the plaintiff.

This 17 day of September, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA